

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00424-CV

| | | |
|---|---|---|
| Ronald G. Becker and Harold Scott Perdue | § | From the 415th District Court |
| | § | of Parker County (CV-13-1712) |
| v. | | |
| | § | May 8, 2014 |
| BFE Development Corp. d/b/a BFE Water Company; and Richard Bourland | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Ronald G. Becker and Harold Scott Perdue shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

/s/ Lee Gabriel

By _____

Justice Lee Gabriel